

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00145-CV

City of Elsa
v.
Paul Garza d/b/a Paul Garza Roofing

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. C-1440-17-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the trial court's order should be vacated and the underlying case should be dismissed. The Court orders the underlying case DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

September 6, 2018